IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARSON HELICOPTERS, INC. and<br>CARSON HELICOPTER SERVICES, INC., | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| HOUSTON CASUALTY COMPANY | : | 08-5301 |

## ORDER

AND NOW, this 16th day of June, 2009, it appearing that:

a. On December 12, 2008, defendant filed a Motion to Transfer Venue, or in the Alternative, to Dismiss Plaintiffs' Complaint for Failure to Join Indispensable Parties (paper no. 11). Plaintiffs filed their response in opposition on January 16, 2009 (paper no. 22).

b. Defendant filed a Motion for Leave to File a Reply Brief on March 25, 2009 (paper no 27).

c. A hearing was held on defendant's motion to transfer on April 13, 2009, at which the court requested the parties to submit supplemental affidavits relating to the motion. Both parties timely submitted their affidavits on April 17, 2009.

d. On April 22, 2009, defendant filed a Motion to Strike Supplemental Response of Plaintiffs (paper no. 39) ("Motion to Strike"). Plaintiffs filed their response in opposition on April 27, 2009 (paper no. 42).

It is therefore **ORDERED** that:

1. Defendant's Motion to Strike is **DENIED**.

2. Defendant's Motion for Leave to File a Reply Brief is **GRANTED**.

3. Defendant's Motion to Transfer Venue is **GRANTED** for the reasons stated in the court's Memorandum of June 16, 2009. This action is **TRANSFERRED FORTHWITH** to the United States District Court for the District of Oregon, where it could have been brought, pursuant to 28 U.S.C. § 1404(a), in the interest of the administration of justice and for the convenience of the parties. The alternative remedy sought by defendant, dismissal for failure to join necessary parties, is moot.

/s/ Norma L. Shapiro
Norma L. Shapiro, J.